**No. 10-6487. Allister Durrante, Petitioner v. John Karestes, et al.**

562 U.S. 1015, 131 S. Ct. 532, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8641.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6496. Lamont Gist, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8529.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6498. Darrell Simpson, Petitioner v. William C. Danforth, Warden.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8569.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6512. Patricia Ann Brown, Petitioner v. Mississippi.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8510.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 37 So. 3d 1205.

**No. 10-6516. James H. Kendricks, Jr., Petitioner v. Donald Barrow, Warden.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8478, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6520. Ernest Brim, aka Bernard Horne, Petitioner v. Aristedes W. Zavares, Executive Director, Colorado Department of Corrections, et al.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8565, ■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 371 Fed. Appx. 885.

**No. 10-6527. Brian Darnell Henderson, Petitioner v. United States.**

562 U.S. 1015, 131 S. Ct. 533, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8576.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 295.

**No. 10-6538. Larry Moon, Petitioner v. United States.**

562 U.S. 1015, 131 S. Ct. 534, 178 L. Ed. 2d 392, 2010 U.S. LEXIS 8600.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 563.